ALICE M. NEWELL, Respondent, *v.* BROOKLYN BUS CORPORA-
TION, Appellant.

Argued March 2, 1939; decided April 4, 1939.

*Frederick S. Martyn* and *George D. Yeomans* for appellant.
*Martin H. Latner, Arthur N. Seiff* and *Philip Bassewitz*
for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN, FINCH and RIPPEY, JJ.